**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**LEON P. GASKIN,**
    **Petitioner,**

vs.                                    **Case No. 5:07cv165/RS/MD**

**JAMES R. MCDONOUGH,**
    **Respondent.**

---

**O R D E R**

This cause is before the court upon petitioner filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1). Petitioner is currently incarcerated at Gulf Correctional Institution Annex in Wewahitchka, Florida. He challenges his 2003 convictions for sexual battery (*id.*, p. 1). The court which entered the judgments of conviction under attack is the Circuit Court of Duval County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.

Accordingly, it is ORDERED:

The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 11th day of July, 2007.

                    /s/ *Miles Davis*
                    **MILES DAVIS**
                    **UNITED STATES MAGISTRATE JUDGE**